# EXHIBIT 9

| | |
|---|---|
| **From:** | Levitt, Mallory |
| **Sent:** | Tuesday, June 1, 2021 9:33 AM |
| **To:** | 'contact@yellowstonemerch.com' |
| **Cc:** | CBS Trademarks |
| **Subject:** | RE: Unauthorized Use of Paramount Network's Intellectual Property - Yellowstonemerch.com |
| **Attachments:** | yellowstonemerch.pdf |

Good morning – We expect your prompt response concerning the site, the use of the photographs from the seires and unauthorized merchandise. Please put me in touch with one of the officers or its legal representative by Thursday June 3, 2021.

Thank you.


**MALLORY LEVITT**



---

**From:** Levitt, Mallory
**Sent:** Wednesday, May 12, 2021 9:10 AM
**To:** 'contact@yellowstonemerch.com' <contact@yellowstonemerch.com>
**Cc:**
**Subject:** RE: Unauthorized Use of Paramount Network's Intellectual Property - Yellowstonemerch.com

Thank you for acknowledging my email. We understand and respect the need for additional time and look forward to your company's response.


**MALLORY LEVITT**

1



**From:** Yellowstone Merch <contact@yellowstonemerch.com>
**Sent:** Wednesday, May 12, 2021 8:58 AM
**To:** Levitt, Mallory
**Subject:** Re: Unauthorized Use of Paramount Network's Intellectual Property - Yellowstonemerch.com

External Email

May 12, 2021



Subject: **NEED MORE TIME.**

Dear Mallory Levitt,

Hope you are doing well.

I am Shawn, Manager at the Yellowstone Merch. I just received your letter and I will send it to upper-level management including Yellowstone Merch Founder, CEO, and Directors.

Due to the current situation (Covid-19),
We need more time to provide an appropriate statement, required information, and compliance of demands for the satisfaction of Paramount Network.

Please accept my request on extending your given time duration and I assure you that, we will soon resolve all the issues to Paramount Network's satisfaction.

Yours Sincerely,

--
**SHAWN**,
Customer Support,
Yellowstone Merch.
47 West 13th Street
New York, NY 10011